IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX ANDERSON,

      Petitioner,               No. CIV-S-06-1637 RRB KJM P

   vs.

JAMES YATES,

      Respondent.          ORDER

_____/

      On April 5, 2007, respondent filed a motion to dismiss. Petitioner has not opposed the motion. Petitioner will be granted thirty days within which to file an opposition to the motion to dismiss. If petitioner fails to file an opposition within thirty days, the court will recommend that this action be dismissed under Federal Rule of Civil Procedure 41(b).

      Accordingly, IT IS HEREBY ORDERED that petitioner file an opposition to respondent's motion to dismiss within thirty days. If petitioner fails to file an opposition within

/////

/////

/////

/////

/////

1

1 | thirty days, the court will recommend that this action be dismissed under Federal Rule of Civil
2 | Procedure 41(b).
3 | DATED: November 6, 2007.

_____
U.S. MAGISTRATE JUDGE

1
ande1637.46